IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
~~JUDICIAL PANEL ON MULIDISTRICT LITIGATION~~
JG

DOCKET NO. 875/CASE NO. 3:05-CV-00338-~~MCR~~-EMT

ND-FL

JOSEPH CHAVERS,

    Plaintiff,

vs.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.
_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS CAUSE, having come to be heard upon the foregoing Joint Stipulation for Substitution of Counsel and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Bice Cole Law Firm, PL is hereby appointed as counsel of record for Defendant, General Electric Company., and that Hawkins & Parnell, LLP, is hereby relieved from any further responsibility as counsel for Defendant.

DONE AND ORDERED in Chambers at Philadelphia, ~~Florida~~ PA this 25th day of April, 2008.

_____
~~CIRCUIT COURT~~ JUDGE
James T. Giles

Copies furnished to: all counsel of record on the attached service list

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

2008 MAY -1  AM 11: 28

FILED